Edmundo P. Robaina (No. 018125)
ROBAINA & KRESIN PLLC
5343 North 16th Street, Suite 200
Phoenix, Arizona 85016
Telephone: (602) 682-6450
Facsimile: (602) 682-6455
epr@robainalaw.com

Attorneys for Plaintiff Bejtush Hyseni

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Bejtush Hyseni,<br><br>    Plaintiff,<br><br>v.<br><br>Penske Logistics, LLC,<br><br>    Defendant. | No.<br><br>**COMPLAINT**<br><br>(Jury Trial Demanded) |

    Plaintiff Bejtush Hyseni ("Hyseni") alleges the following against Defendant Penske Logistics, LLC (collectively "Penske"):

    1.    This is an overtime case pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201 *et. seq.*

    2.    Hyseni is, and at all relevant times was, a resident of Phoenix, Maricopa County, Arizona.

    3.    Penske is a Delaware limited liability company authorized to do business in Arizona.

    4.    This Court has jurisdiction over the subject matter and the parties pursuant to 29 U.S.C. § 216(b) and 28 U.S.C. § 1331.

    5.    Venue is proper pursuant to 28 U.S.C. § 1391(b)(2) because Penske has caused events to occur in Arizona out of which Hyseni's claims arise.

    6.    Hyseni began his employment with Penske as a truck driver on or about September 6, 2016.

    7.    In June of 2018, Hyseni was assigned to work at the Trader Joe's

warehouse in Tolleson, Arizona. Hyseni typically works, and at all relevant times typically worked, six (6) or seven (7) days per week moving loaded trailers from the warehouse to the parking lot for pickup from approximately 7 p.m. to 3 a.m., and then making deliveries from 3 a.m. to approximately 9 a.m.

8. At all times relevant to his overtime claim, Hyseni's regular rate of pay was $20.50 per hour.

9. Penske has failed or refused to pay Hyseni overtime wages for all of the hours over forty hours per week that Hyseni has worked, instead paying him for only ten to twenty hours of overtime per week.

## Count One

### (Overtime Claim)

10. Hyseni incorporates by reference all previous allegations.

11. At times relevant to his overtime claim, Hyseni was a covered employee under the FLSA

12. At all times relevant to his overtime claim, Penske was Hyseni's employer pursuant to the FLSA.

13. As a result of Penske's failure to pay for all of the hours over forty hours per week that Hyseni has worked, Hyseni has suffered lost wages in the form of lost overtime compensation.

14. As a result of Penske's actions, Hyseni is entitled to recover overtime compensation, liquidated damages, and his attorneys' fees.

WHEREFORE, Plaintiff Bejtush Hyseni prays for judgment in his favor and against Penske, and asks the Court to:

A. Award Hyseni back pay, pre-judgment and any other appropriate relief necessary to make Hyseni whole and compensate him for the legal violations described above;

B. Award Hyseni liquidated damages;

C. Award Hyseni attorneys' fees pursuant to 29 U.S.C. § 216 and related

expenses; and

D. Award Hyseni such other legal and equitable relief as the Court deems just and proper.

RESPECTFULLY SUBMITTED this 8th day of July 2019.

                ROBAINA & KRESIN PLLC


                By /s/ Edmundo Robaina
                    Edmundo Robaina
                    Attorneys for Plaintiff

**DEMAND FOR JURY TRIAL**

Plaintiff Bejtush Hyseni hereby demands a jury trial as provided by Rule 38(a) of the Federal Rules of Civil Procedure.

RESPECTFULLY SUBMITTED this 8th day of July 2019.

                ROBAINA & KRESIN PLLC


                By /s/ Edmundo Robaina
                    Edmundo Robaina
                    Attorneys for Plaintiff